UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
THE CHARTER OAK FIRE INSURANCE
COMPANY,

Case No. 1:24-cv-02371-NG-MMH

Plaintiff,

-against-

NATIONWIDE MUTUAL INSURANCE COMPANY
(formerly known as Harleysville Insurance Company),

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Defendant.
----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant Nationwide Mutual Insurance Company (formerly known as Harleysville Insurance Company) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The stipulation may be filed without further notice with the Clerk of Court.

Dated: July 2, 2025

**USERY & ASSOCIATES**

By____/s/Michele A. Lo Presti-Wouters_____
Michele A. Lo Presti-Wouters, Esq.
*Attorney for Plaintiff*
Telephone: (631) 501-3095
Facsimile: (844) 571-3789
Email: mloprest@travelers.com

Please address all correspondence sent by mail to:
P.O. Box 2996
Hartford, CT 06104-2996

Physical Address:
485 Lexington Avenue, 6th Floor
New York, NY 10017

**HURWITZ FINE P.C.**

By_____
Lee S. Siegel, Esq.
*Attorneys for Defendant*
The Liberty Building
424 Main Street, Suite 1300
Buffalo, NY 14202
P: 716-849-8900
F: 716-855-0874
lss@hurwitzfine.com

So Ordered.

/s/ (NG)

Nina Gershon, USDJ.
July 8, 2025